**FEDER KASZOVITZ LLP**
845 Third Avenue
New York, New York 10022
Telephone: (212) 888-8200
Facsimile (212) 888-7776

November 18, 2021

<u>**Via ECF**</u>

Hon. Lorna G. Schofield
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Quadlogic Controls Corp. v. Ricardo Grossman Goldscheider, et al.,*
              *2021 Civ. 08366, USDC SDNY (LGS)*

Dear Judge Schofield:

      We represent Plaintiff in the above-captioned action and write pursuant to Your Honor's Individual Rule I(B)(2) to respectfully request an adjournment of the telephonic conference currently scheduled for December 9, 2021 to a date in the middle of January, 2022, that is convenient for Your Honor.

      Yesterday, Your Honor granted Defendants' request for an extension of time (Docket No. 11).  In light of this, we believe similarly adjourning the conference until after December 30, 2021, is appropriate at this time.  Plaintiff has not made any prior requests for an extension in this matter.  Defendants have consented to this request.

           Respectfully submitted,

           /s/ Bruce Robins

           Feder Kaszovitz LLP

Cc: James Duncan Bailey, Esq. (via ecf)
    Walsy K. Sáez Aguirre, Esq. (via ecf)

The application is **DENIED**.  The initial conference  will take place on **December 9, 2021, at 10:40 a.m.**  By **December 2, 2021, at noon,** the parties shall submit a joint letter and proposed civil case management plan.  (Dkt. No. 5.)  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 12.

Dated:  November 19, 2021
       New York, New York

                    Lorna G. Schofield
                United States District Judge