```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  QUADLOGIC CONTROLS CORPORATION,                            :
                              Plaintiff                      :
                                                             :      21 Civ. 8366 (LGS)
              -against-                                      :
                                                             :            ORDER
  GROSSMAN GOLDSCHEIDER et al.,                              :
                              Defendants.                    :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants filed a letter motion in anticipation of filing a motion to dismiss pursuant to Federal Rule of Procedure 12(b)(6) (Dkt. No. 18).

WHEREAS, Plaintiff opposes the motion (Dkt. No. 20).  It is hereby

**ORDERED** that the parties shall appear for a pre-motion conference on **January 12, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: January 6, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**