UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUADLOGIC CONTROLS CORPORATION,
                        Plaintiff.

                        21 Civ. 8366 (LGS)

            -against-

                        ORDER

GROSSMAN GOLDSCHEIDER et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference was held on January 12, 2022.

      WHEREAS, for the reasons stated at the conference, it is hereby

      **ORDERED** that by **January 26, 2022**, Defendants shall file an Answer to the Complaint, asserting any and all counterclaims against Plaintiff.

Dated: January 12, 2022
       New York, New York

                                          LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**