UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
QUADLOGIC CONTROLS CORPORATION,
                     Plaintiff.

              -against-

GROSSMAN GOLDSCHEIDER et al.,
                     Defendants.
------------------------------------------------------------X

21 Civ. 8366 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on February 4, 2022, Plaintiff filed a letter motion in anticipation of filing a motion to dismiss Defendants' counterclaims.

    WHEREAS, on February 14, 2022, Defendants filed a response.

    WHEREAS, the parties appeared at a conference on February 16, 2022, to discuss the anticipated motion. For the reasons discussed at the conference, it is hereby

    **ORDERED** that discovery in this action shall proceed on the claims in the Complaint and all matters relating to the Pounce transaction. Discovery is **stayed** as to Defendants' counterclaims seeking reimbursement of expenses, including reimbursement of legal fees. The parties are advised that the discovery deadlines, as stated in the Case Management Plan and Scheduling Order (Dkt. No. 17), for the claims in the Complaint and matters relating to the Pounce transaction, remain in effect. The parties shall work diligently to comply with those deadlines and should not assume that any extension will be granted even if some counterclaim(s) survive. It is further

    **ORDERED** that by **March 9, 2022**, Defendants shall file an amended answer and counterclaims, and shall separately file as an attachment to a letter a redline showing the changes made to the original answer and counterclaims. It is further

    **ORDERED** that Plaintiff's / Counterclaim Defendant's motion to dismiss Defendants' /

Counterclaim Plaintiffs' counterclaims shall be briefed according to the following schedule:

- By **March 30, 2022**, Plaintiff / Counterclaim Defendant shall file its motion to dismiss.

- By **April 20, 2022**, Defendants / Counterclaim Plaintiffs shall file their opposition.

- By **April 29, 2022**, Plaintiff / Counterclaim Defendant shall file its reply.

The parties shall comply with this Court's Individual Rules in filing the motion and supporting papers, except that the requirement for pre-motion letters is excused.

Dated: February 17, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**